| Case #13-30185 | Western District of Kentucky | CHAPTER 13 |
| Debtor: Lewellen, Polly J | US BANKRUPTCY COURT | |
| JT Debtor: Lewellen, Michael D | | |
| 39 Kennedy Avenue | | Court Date: May 8, 2013 |
| Bardstown, KY, 40004 | | Non Business - Outside Jefferson County |
| Nelson County | | |

| Description | Fair Market Value | Remarks |
|---|---:|---|
| Sharp 48" LCD TV, G | $475 | |
| Sanyo 27" LCD TV, G | $150 | |
| Sofa, recliner, G | $150 | |
| Dining table with (4) chairs, G | $75 | |
| Frigidaire range, G | $100 | |
| Whirlpool side by side refrigerator with water and ice dispenser, G | $200 | |
| Kenmore microwave, G | $25 | |
| Bed (queen), chest, nightstand, G | $150 | |
| Bed (full), dresser, chest, G | $150 | |
| Maytag washer and dryer, G | $250 | |
| Retirement Plan(s), G | $0 | Insufficient information to appraise. |
| New England Pardner 12 gauge shotgun, G | $125 | |
| Kel-Tec 9mm pistol, G | $200 | |
| Bryco J22 .22 caliber pistol, G | $150 | |
| Jennings 48 .380 caliber pistol, G | $200 | |

| | |
|---|---|
| Case #13-30185 | Western District of Kentucky |
| Debtor: Lewellen, Polly J | US BANKRUPTCY COURT |
| JT Debtor: Lewellen, Michael D | |
| 39 Kennedy Avenue | Court Date: May 8, 2013 |
| Bardstown, KY, 40004 | Non Business - Outside Jefferson County |
| Nelson County | |

CHAPTER 13

| Description | Fair Market Value | Remarks |
|---|---|---|
| Taurus Ultra-Lite .38 special revolver, G | $350 | |
| Desk, chest, hutch, F | $75 | |
| 2007 Kawasaki Vulcan Custom Motorcycle, VIN not available, 2 wheels, 900cc, 4 stroke, 2 cylinder, 5 speed manual transmission, black exterior, odometer 46174, overall condition: good | $4,700 | Not on site; value based on information and description provided by debtor. |
| 1986 Critchfield outboard boat, hull ID CXR00610J586, 16', aluminum hull, 1986 Johnson J50TLCD outboard single engine, engine ID G7110144, 50HP, gasoline, 1986 boat trailer, 18', single axle, tires good, pads, rollers, winch, overall condition: good | $800 | |

Case #13-30185  
Debtor: Lewellen, Polly J  
JT Debtor: Lewellen, Michael D  
39 Kennedy Avenue  
Bardstown, KY, 40004  
Nelson County  

Western District of Kentucky  
US BANKRUPTCY COURT  

CHAPTER 13  

Court Date: May 8, 2013  
Non Business - Outside Jefferson County  

| Description | Fair Market Value | Remarks |
|---|---|---|
| 2001 Dodge Dakota Sport Quad Cab, pickup truck, VIN 1B7HL2AX61S333388, 4 door, 6 cylinder, fuel injected, AC, automatic transmission, power steering, power brakes, power windows, power locks, tilt steering, cruise control, 6 1/2 ft truck bed, AM/FM Stereo, CD, dual air bags, blue exterior, gray fabric interior, alloy wheels, tires good, odometer 163,901, overall condition: good | $6,150 | High Mileage. |
| 1999 Plymouth Neon Highline, VIN 1P3ES47C8XD148245, 4 door, 4 cylinder, fuel injected, AC, automatic transmission, power steering, power brakes, tilt steering, cruise control, AM/FM Stereo, CD, dual air bags, purple exterior, gray fabric interior, tires good, odometer 176,315, overall condition: good | $2,500 | High Mileage. |
| 1996 Nissan Altima XE, VIN 1N4BU31D9TC131209, 4 door, 4 cylinder, fuel injected, AC, automatic transmission, power steering, power brakes, power windows, power locks, tilt steering, cruise control, AM/FM Stereo, CD, dual air bags, beige exterior, tan fabric interior, tires good, odometer 152,000, overall condition: good | $2,675 | Low Mileage. Not on site; value based on information and description provided by debtor. |
| **Total** | **$19,650** | |