UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                           )
    POLLY J. LEWELLEN                  )
    and MICHAEL D. LEWELLEN        )
                                                  )
                                                  )
                                                  )      Case No. 13-30185
                                                  )      Chapter 13
_____ )

## **SCHEDULE OF ALLOWED CLAIMS**

       Debtors, by Counsel, state that the following claims have been duly proven, and should be allowed as unsecured and paid in accordance with the Order of Confirmation.

| Creditor | | Amount Owed |
|---|---|---|
| 2. | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | U:  $6119.15 |
| 6. | FIA CARD SERVIES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | U:  $495.92 |
| 7. | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | U:  $3510.69 |
| 8. | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | U:  $576.29 |
| 9. | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | U:  $2503.35 |
| 10. | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | U:  $6828.08 |

| | | | |
|---|---|---|---|
| 11. | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | U: | $4360.96 |
| 12. | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | U: | $6548.92 |
| 13. | US Bank NA<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | U: | $9842.28 |

        __/s/_____
        THOMAS P. SHREVE
        Attorney for Debtor
        200 South Main Street
        Elizabethtown, KY 42701
        (270) 737-1125

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was this 29th day of August, 2013, served upon William Lawrence, Trustee, 310 Legal Arts Bldg., 200 South Seventh St., Louisville, KY 40202; and to the Debtors, Polly and Michael Lewellen, 39 Kennedy Ave, Bardstown, KY 40004 electronically or by U.S. Mail.

        __/s/_____
        THOMAS P. SHREVE